| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Michael M. Buchman ESQ.<br>123 Harbor Road<br>Westport, CT 06880<br>E-MAIL<br>ATTORNEY FOR (Name): | FAX | |

| United States District Court - Southern District of New York | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | , NY |
| BRANCH NAME: | Southern District of New York |
| PLAINTIFF: | Michael Morris Buchman |
| DEFENDANT: | Melvyn I Weiss, Steven G. Schulman & Wi |

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2008003574 | 08CIV5453 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   **Attachments, Summons in A Civil Action Complaint Jury Trail Demanded**

3. a. Party served:   **William S. Lerach**
   b. Person served: party in item 3a

4. Address where party was served:   **USP 3901 Klein Blvd**
   **Lompoc, CA 93436**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 6/26/2008 (2)at: 8:45 AM.

6. The "Notice to the Person Served" was completed as follows:
   a. as an individual defendant.

7. Person who served papers:
   a. Name: **Senior Deputy Troy Marino**
   b. Address: **Sheriff's Civil Bureau 401 East Cypress St. Suite 105 Lompoc, CA 93436**
   c. Telephone number: **(805) 737-7710**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 26, 2008

Sheriff's Authorized Agent
Bill Brown, Sheriff

Hearing: <No Information>

Judicial Council form POS-010                Original                                92500