ELECTRONICALLY FILED

FILED: 7/21/08

SULLIVAN S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

MICHAEL M. BUCHMAN,

                      Plaintiff,      :

                      :

        -against-         :

                      :

MELVYN I. WEISS, DAVID J. BERSHAD,    :
STEVEN G. SCHULMAN and WILLIAM S.   :
LERACH,                          :

               Defendants.    :

-------------------------------------------------X

08 CV 5453 ( RJS )

**STIPULATION AND ORDER**

     **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff *pro se* Michael

M. Buchman and the undersigned attorneys for defendants Melvyn I. Weiss, David J. Bershad and

Steven G. Schulman (the "Stipulating Defendants") as follows:

     1.    The Stipulating Defendants' time to answer or otherwise move in response to the

complaint is extended to September 22, 2008; and

     2.    The Stipulating Defendants will not contest service of process.

Dated: New York, New York
      July 17, 2008

**MICHAEL M. BUCHMAN**

By: _____
   Michael M. Buchman, Plaintiff *Pro Se*
123 Harbor Road
Westport, CT 06880
(203) 557-4304

**SEEGER WEISS LLP**

By: _____
   Christopher A. Seeger
   Jeffrey S. Grand
*Attorneys for Defendant Melvyn I. Weiss*
One William Street
New York, NY 10004
(212) 584-0700

**DAVIDOFF MALITO & HUTCHER LLP**

By: _____
   Peter M. Ripin
*Attorneys for Defendant Steven G. Schulman*
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200

90377052

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICHAEL M. BUCHMAN,                          :
                       Plaintiff,    :    08 CV 5453
                             :
          -against-                       :    **STIPULATION AND ORDER**
                             :
MELVYN I. WEISS, DAVID J. BERSHAD,           :
STEVEN G. SCHULMAN and WILLIAM S.            :
LERACH,                                      :
                  Defendants.    :
---------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff *pro se* Michael

M. Buchman and the undersigned attorneys for defendants Melvyn I. Weiss, David J. Bershad and

Steven G. Schulman (the "Stipulating Defendants") as follows:

     1.     The Stipulating Defendants' time to answer or otherwise move in response to the

complaint is extended to September 22, 2008; and

     2.     The Stipulating Defendants will not contest service of process.

Dated: New York, New York
       July 17, 2008

MICHAEL M. BUCHMAN                  **SEEGER WEISS LLP**

By: _____           By: _____
    Michael M. Buchman, Plaintiff *Pro Se*          Christopher A. Seeger
123 Harbor Road                         Jeffrey S. Grand
Westport, CT 06880                *Attorneys for Defendant Melvyn I. Weiss*
(203) 557-4304                      One William Street
                                  New York, NY 10004
                                  (212) 584-0700

**DAVIDOFF MALITO & HUTCHER LLP**

By: _____
      Peter M. Ripin
*Attorneys for Defendant Steven G. Schulman*
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200

00377052

PATTON BOGGS LLP

By: _Todd Harrison_ ____
       Todd Harrison
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100

                    -and-

Jamie S. Gardner
2550 M Street, N.W.
Washington, D.C.
(202) 457-6188

*Attorneys for Defendant David J. Bershad*


SO ORDERED:

_____
       U.S.D.J.
7/18/08