UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL M. BUCHMAN,

                Plaintiff,

         - against -

MELVYN I. WEISS, DAVID J. BERSHAD,
STEVEN G. SCHULMAN and WILLIAM S.
LERACH,

                Defendants.
-----------------------------------------------------------X

08 Civ. 5453 (RJS)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendant Steven G. Schulman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       July 21, 2008

                               DAVIDOFF MALITO & HUTCHER LLP

                               By: _____
                                  Peter M. Ripin (PMR 6950)
                             *Attorneys for Defendant Steven G. Schulman*
                             605 Third Avenue, 34th Floor
                             New York, New York 10158
                             (212) 557-7200

TO:  **MICHAEL M. BUCHMAN, ESQ.**
      123 Harbor Road
      Westport, CT 06880
      (203) 557-4304

**SEEGER WEISS LLP**
*Attorneys for Defendant Melvyn I. Weiss*
One William Street
New York, NY 10004
(212) 584-0700

**PATTON BOGGS LLP**
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100

             -and-

2550 M Street, N.W.
Washington, D.C.
(202) 457-6188

*Attorneys for Defendant David J. Bershad*

00377439