UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MICHAEL M. BUCHMAN,                              :    08 Civ. 5453 (RJS)
                                                 :
                    Plaintiff,                   :
                                                 :
        -against-                                :    **AFFIDAVIT OF SERVICE**
                                                 :
MELVYN I. WEISS, DAVID J. BERSHAD,               :
STEVEN G. SCHULMAN and WILLIAM S. LERACH,        :
                                                 :
                    Defendants.                  :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

THERESA FITTON, being duly sworn, deposes and says:

I am an employee of the law firm of Davidoff Malito & Hutcher LLP, attorneys for defendant Steven G. Schulman. I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

On July 21, 2008, I caused to be served the within **NOTICE OF APPEARANCE** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed as follows:

MICHAEL M. BUCHMAN, ESQ.            PATTON BOGGS LLP
123 Harbor Road                     1185 Avenue of the Americas, 30th Floor
Westport, CT  06880                 New York, NY  10036

SEEGER WEISS LLP                              -and-
*Attorneys for Defendant Melvyn I. Weiss*
One William Street                  2550 M. Street, N.W.
New York, NY  10004                 Washington, D.C.
                                    *Attorneys for Defendant David J. Bershad*

                                    _____
                                              THERESA FITTON

Sworn to before me this
21st day of July 2008

_____
Notary Public
NARCISSUS F. THOMAS
Commissioner of Deeds
City of New York, No. 2-2366
Certificate Filed in Kings County
Commission Expires Oct. 1, 2009

00377530