UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. BUCHMAN,  :
  :
                Plaintiff,  :    No. 08 CV 5453 (RJS)
  :
    -*against*-  :
  :    **MOTION TO ADMIT**
MELVYN I. WEISS, DAVID J. BERSHAD,  :    **ROBERT D. LUSKIN**
STEVEN G. SCHULMAN and WILLIAM S.  :    **PRO HAC VICE**
LERACH,  :
  :
                Defendants.  :
  :

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Todd R. Harrison, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Robert D. Luskin
    Patton Boggs LLP
    2550 M. Street, NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    Facsimile: (202) 457-6315

Mr. Luskin is a member in good standing of the Bar of the U.S. District Court for the District of Columbia. There are no pending disciplinary proceedings against Mr. Luskin in any State or Federal court.

Dated: August 8, 2008
       New York, New York

                            Respectfully submitted,

                            By: /s/ Todd R. Harrison
                            Todd R. Harrison (TH 3702)
                            PATTON BOGGS LLP
                            1185 Avenue of the Americas, 30th Floor
                            New York, New York 10036
                            Telephone: (646) 557-5100
                            Facsimile: (646) 557-5101

                            Attorney for Defendant David J. Bershad

2692



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT D. LUSKIN

was on the  17TH  day of  DECEMBER, 1979  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
        Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. BUCHMAN,

        Plaintiff,

-against-

MELVYN I. WEISS, DAVID J. BERSHAD,
STEVEN G. SCHULMAN and WILLIAM S.
LERACH,

        Defendants.

No. 08 CV 5453 (RJS)

DECLARATION OF TODD R.
HARRISON IN SUPPORT OF
MOTION TO ADMIT
ROBERT D. LUSKIN
PRO HAC VICE

I, Todd R. Harrison, declare as follows:

1. I am a member of the law firm of Patton Boggs LLP, and counsel for Defendant, David J. Bershad, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Robert D. Luskin as counsel pro hac vice to represent Defendant, David J. Bershad, in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robert D. Luskin since February, 2008.

4. Robert D. Luskin is an attorney employed by the law firm of Patton Boggs LLP. I know Mr. Luskin through our association as members of the same law firm, he in the Washington, DC office and I in the New York, New York office.

5. I have found Mr. Luskin to be a skilled attorney, a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robert D. Luskin, pro hac vice.

2693

7. I respectfully submit a proposed order granting the admission of Robert D. Luskin, pro hac vice, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit Robert D. Luskin, pro hac vice, to represent Defendant, David J. Bershad, in the above captioned matter, be granted.

Dated: August 8, 2008
      New York, New York

Respectfully submitted,

_____
Todd R. Harrison (TH 3702)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. BUCHMAN,

          Plaintiff,

-against-

MELVYN I. WEISS, DAVID J. BERSHAD, STEVEN G. SCHULMAN and WILLIAM S. LERACH,

          Defendants.

No. 08 CV 5453 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Todd R. Harrison, attorney for Defendant, David J. Bershad, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Robert D. Luskin
    Patton Boggs LLP
    2550 M. Street, NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    Facsimile: (202) 457-6315

is admitted to practice pro hac vice as counsel for Defendant, David J. Bershad, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 8, 2008
      New York, New York

                                        United States District/Magistrate Judge

# CERTIFICATE OF SERVICE

I, TODD HARRISON, DO HEREBY CERTIFY that on this 8th day of August, 2008, a copy of the foregoing Motion to Admit Robert D. Luskin Pro Hac Vice and Declaration of Todd R. Harrison in Support of Motion to Admit Robert D. Luskin Pro Hac Vice was served via first class mail, postage prepaid, upon the following:

Michael M. Buchman
123 Harbor Road
Westport, CT 06880
(203) 557-4304

*Plaintiff Pro Se*

Davidoff, Malito & Hutcher, LLP
Peter Mayer Ripin, Esq.
605 Third Ave., 34th floor
New York, NY 10158
(646) 428-3209

*Counsel for Steven G. Schulman*

_____
TODD R. HARRISON (TH 3702)

2692