UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. BUCHMAN,

                Plaintiff,

-against-

MELVYN I. WEISS, DAVID J. BERSHAD,
STEVEN G. SCHULMAN and WILLIAM S.
LERACH,

                Defendants.

No. 08 CV 5453 (RJS)

**MOTION TO ADMIT
JAMIE S. GARDNER
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Todd R. Harrison, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Jamie S. Gardner
    Patton Boggs LLP
    2550 M. Street, NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    Facsimile: (202) 457-6315

Ms. Gardner is a member in good standing of the Bar of the U.S. District Court for the Districts of Columbia and Massachusetts. There are no pending disciplinary proceedings against Ms. Gardner in any State or Federal court.

Dated: August 8, 2008
       New York, New York

                              Respectfully submitted,

                          By: _____
                          Todd R. Harrison (TH 3702)
                          PATTON BOGGS LLP
                          1185 Avenue of the Americas, 30th Floor
                          New York, New York 10036
                          Telephone: (646) 557-5100
                          Facsimile: (646) 557-5101

                          Attorneys for Defendant David J. Bershad

2694



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMIE S. GARDNER

was on the 19TH day of DECEMBER, 1983, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 28, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **November** A.D. **1998**, said Court being the highest Court of Record in said Commonwealth:

**Jamie Sue Gardner**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirty-first** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL M. BUCHMAN, | : | |
| Plaintiff, | : | No. 08 CV 5453 (RJS) |
| -against- | : | |
| | : | DECLARATION OF TODD R. HARRISON IN SUPPORT OF MOTION TO ADMIT JAMIE S. GARDNER PRO HAC VICE |
| MELVYN I. WEISS, DAVID J. BERSHAD, STEVEN G. SCHULMAN and WILLIAM S. LERACH, | : | |
| Defendants. | : | |

I, Todd R. Harrison, declare as follows:

1. I am a member of the law firm of Patton Boggs LLP, and counsel for Defendant, David J. Bershad, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Jamie S. Gardner as counsel pro hac vice to represent Defendant, David J. Bershad, in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jamie S. Gardner since February, 2008.

4. Jamie S. Gardner is an attorney employed by the law firm of Patton Boggs LLP. I know Ms. Gardner through our association as members of the same law firm, she in the Washington, DC office and I in the New York, New York office.

5. I have found Ms. Gardner to be a skilled attorney, a person of integrity and high moral character. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

2695

6.  Accordingly, I am pleased to move the admission of Jamie S. Gardner, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Jamie S. Gardner, pro hac vice, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit Jamie S. Gardner, pro hac vice, to represent Defendant, David J. Bershad, in the above captioned matter, be granted.

Dated: August 8, 2008
New York, New York

Respectfully submitted,

_____
Todd R. Harrison (TH 3702)

2695

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. BUCHMAN,

              Plaintiff,

-against-

MELVYN I. WEISS, DAVID J. BERSHAD,
STEVEN G. SCHULMAN and WILLIAM S.
LERACH,

              Defendants.

No. 08 CV 5453 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Todd R. Harrison, attorney for Defendant, David J. Bershad, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Jamie S. Gardner
    Patton Boggs LLP
    2550 M. Street, NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    Facsimile: (202) 457-6315

is admitted to practice pro hac vice as counsel for Defendant, David J. Bershad, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 8, 2008
       New York, New York

                                              _____
                                              United States District/Magistrate Judge

2694

## CERTIFICATE OF SERVICE

I, TODD HARRISON, DO HEREBY CERTIFY that on this 8th day of August, 2008, a copy of the foregoing Motion to Admit Jamie S. Gardner Pro Hac Vice and Declaration of Todd R. Harrison in Support of Motion to Admit Jamie S. Gardner Pro Hac Vice was served via first class mail, postage prepaid, upon the following:

Michael M. Buchman
123 Harbor Road
Westport, CT 06880
(203) 557-4304

*Plaintiff Pro Se*

Davidoff, Malito & Hutcher, LLP
Peter Mayer Ripin, Esq.
605 Third Ave., 34th floor
New York, NY 10158
(646) 428-3209

*Counsel for Steven G. Schulman*

_____
TODD R. HARRISON (TH 3702)

2694