UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

MICHAEL M. BUCHMAN,

                    Plaintiff,

         -against-

MELVYN I. WEISS, DAVID J. BERSHAD,
STEVEN G. SCHULMAN and WILLIAM S.
LERACH,

                    Defendants.

No. 08 CV 5453 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Todd R. Harrison, attorney for Defendant, David J. Bershad, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Robert D. Luskin
    Patton Boggs LLP
    2550 M. Street, NW
    Washington, DC 20037
    Telephone: (202) 457-6000
    Facsimile: (202) 457-6315

is admitted to practice pro hac vice as counsel for Defendant, David J. Bershad, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 8, 2008
       New York, New York

                                      United States District/Magistrate Judge

2692